in duplicate of the case; and that counsel for plaintiff and defendant be notified.

■

209 So.2d 44

**Mrs. Monty TYLER, wife of/and John F. GRANT**

**v.**

**TOURO INFIRMARY, New Amsterdam Casualty Company and Hardware Mutual Casualty Company.**

**No. 49201.**

April 19, 1968.

In re: Mrs. Monty Tyler, wife of/and John F. Grant applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 207 So. 2d 235.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.